UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAMAR-S. GOSHA, | ) | No. MC 11-502-UA (PJWx) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| JP MORGAN CHASE AND CO., et al., | ) | |
| Respondents. | ) | |

    For the reasons set forth in the Order filed this day, the Petition is denied and the action is dismissed with prejudice.

    IT IS SO ORDERED.

    Dated: December 8, 2011.

                                             _____
                                             AUDREY B. COLLINS
                                             UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\MC 11-502 UA (PJWx) judgment.wpd